In the Matter of the Liquidation of NEW YORK TITLE & MORTGAGE COMPANY (Series C-3).

Supreme Court, Additional Special Term, New York County, June 18, 1937.

*Abraham J. Halprin,* for the trustee, for the motion.

*William S. Shea,* for the liquidator of New York Title and Mortgage Company, opposed.

FRANKENTHALER, J The provisions of the certificates and deposit agreement in this issue differ from those usually found in other issues. There is no provision that the title company may

itself own or hold certificates and, in addition, the provisions of paragraph 17 of article V of the depositary agreement tend to indicate that it was not intended to permit the title company to become a certificate holder with the same rights as other certificate holders. The present motion for an adjudication that the certificates owned or claimed to be owned by the title company and/or the Superintendent of Insurance as liquidator are subordinate to those held by certificate holders is granted. Settle order.